| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Brett, Dean R. | 2. Court or Organization U.S. District Court, W.D., WA | 3. Date of Report 04/24/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Part-time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Dean R. Brett
1310 10th St, Suite 104
Bellingham, WA 98225

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Alumina Micro, LLC/Investor Ptr |
| 2. | Board Member | Bellingham-Whatcom Public Facilities District, Board of Directors |
| 3. | Partner | Brett Murphy Coats Knapp McCandlis & Brown, PLLC |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Brett & Coats 401K Retirement Plan (see Pt VII, Line 1) |
| 2. | 2012 | Brett Murphy 401K Retirement Plan |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Brett, Murphy, Coats, Knapp, McCandlis and Brown, PLLC | $671,613.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brett & Coats PLLC 401K 100% in Northern Funds Stock Index | E | Int./Div. | P1 | T | | | | | |
| 2. 1/6th Interest in ▓▓▓▓ Bellevue, WA King | E | Rent | O | W | | | | | |
| 3. US Bank via Trust UA ▓▓▓▓ | A | Int./Div. | J | T | | | | | |
| 4. Brokerage Accounts Wayc....next 36 items | | | | | | | | | |
| 5. Garmin Ltd | A | Int./Div. | | | Sold | 01/10/13 | J | | |
| 6. Black Hills | A | Int./Div. | K | T | Buy | 11/08/13 | K | | |
| 7. Lennar Corp | A | Int./Div. | | | Sold | 06/03/13 | J | A | |
| 8. Macy's Inc | A | Int./Div. | | | Sold | 08/26/13 | J | A | |
| 9. Conagra Foods | A | Int./Div. | | | Sold | 02/25/13 | J | A | |
| 10. CIGNA | A | Int./Div. | J | T | | | | | |
| 11. Novo-Nordisk | A | Int./Div. | | | Sold | 06/19/13 | J | A | |
| 12. BB&T Corp | A | Int./Div. | | | Sold | 02/20/13 | J | A | |
| 13. City Natl Corp | A | Int./Div. | J | T | | | | | |
| 14. HCC Holdings | A | Int./Div. | | | Sold | 09/05/13 | J | A | |
| 15. Jones Lang Lasalle | A | Int./Div. | | | Sold | 06/13/13 | J | A | |
| 16. Partnerre Ltd | A | Int./Div. | | | Sold | 07/26/13 | J | A | |
| 17. CoreLogic | A | Int./Div. | | | Sold | 06/19/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FAIR ISAAC INC | A | Int./Div. | | | Sold | 11/07/13 | J | A | |
| 19. IAC/INTERACTIVE | A | Int./Div. | | | Sold | 01/11/13 | J | A | |
| 20. Syntel | A | Int./Div. | | | Sold | 01/10/13 | J | A | |
| 21. B C E INC NEW F | A | Int./Div. | | | Sold | 06/05/13 | J | A | |
| 22. American Water Works | A | Int./Div. | | | Sold | 05/24/13 | J | A | |
| 23. Tesoro Corp | A | Int./Div. | | | Sold | 04/05/13 | J | A | |
| 24. Western Refining | A | Int./Div. | | | Sold | 02/06/13 | J | A | |
| 25. Cabot Corp | A | Int./Div. | | | Sold | 02/06/13 | J | A | |
| 26. AGCO Corp | A | Int./Div. | | | Sold | 02/13/13 | J | A | |
| 27. Allegiant Travel | A | Int./Div. | | | Sold | 08/19/13 | J | A | |
| 28. Carlisle Co | A | Int./Div. | | | Sold | 02/20/13 | J | A | |
| 29. Quanta Svcs | A | Int./Div. | | | Sold | 07/31/13 | J | A | |
| 30. Trinity Indust | A | Int./Div. | J | T | | | | | |
| 31. Union Pac Corp | A | Int./Div. | J | T | | | | | |
| 32. Westinghouse Airbrake Tech | A | Int./Div. | J | T | | | | | |
| 33. CBS | A | Int./Div. | J | T | | | | | |
| 34. Dillards | A | Int./Div. | | | Sold | 03/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PPG Industries | A | Int./Div. | J | T | | | | | |
| 36. Tractor Supply Co | A | Int./Div. | J | T | | | | | |
| 37. CF Holdings | A | Int./Div. | J | T | | | | | |
| 38. Discover Financial Svcs | A | Int./Div. | J | T | | | | | |
| 39. Vanguard Sm Cap Index | | None | | | | | | | |
| 40. Schwab Advisor Cash Reserves Sweep Shares | A | Int./Div. | J | T | | | | | |
| 41. .05175% Interest in Alumina Micro LLC | | None | J | W | | | | | |
| 42. IRA @ Merrill Lynch next 12 items | | | | | | | | | |
| 43. ACCO Brands | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 44. Intel | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 45. Kellogg Co. | A | Int./Div. | J | T | Buy | 03/37/13 | J | | |
| 46. MEADWESTVACO | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 47. Frontier Communications | A | Int./Div. | J | T | | | | | |
| 48. ML Ret. Reserves CL 1 | A | Int./Div. | J | T | | | | | |
| 49. Clorox | A | Int./Div. | J | T | | | | | |
| 50. Colonial Prop. | A | Int./Div. | J | T | | | | | |
| 51. GE | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Healthcare Inc | A | Int./Div. | J | T | | | | | |
| 53. Hersheys | A | Int./Div. | J | T | | | | | |
| 54. Verizon | A | Int./Div. | J | T | | | | | |
| 55. Lumen IQ Common | | None | J | T | | | | | |
| 56. 1/4 Remainder interest in ▮▮▮ trust/2 items: | | | | | | | | | |
| 57. Real Estate Wenatchee, WA | | None | K | W | | | | | |
| 58. Real Estate acreage Douglas Co, Badger Mtn, WA | | None | N | W | | | | | |
| 59. Lifetime Trust next 76 items | | | | | | | | | |
| 60. Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 61. Expeditors Intl Wash | A | Int./Div. | J | T | | | | | |
| 62. HJ Heinz Co | A | Int./Div. | J | T | | | | | |
| 63. QUALCOM | A | Int./Div. | J | T | Buy | 02/01/13 | J | | |
| 64. ISHARES MSCI CDA IDX FD Et Al | A | Int./Div. | J | T | | | | | |
| 65. S A P AF ADR | A | Int./Div. | J | T | | | | | |
| 66. SECTOR SPDR MATERIALS FD | A | Int./Div. | J | T | | | | | |
| 67. SNAP ON INC | A | Int./Div. | J | T | | | | | |
| 68. Walt Disney | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 70. Blackrock Inc | A | Int./Div. | J | T | | | | | |
| 71. Molex Inc | A | Int./Div. | J | T | | | | | |
| 72. Nextera Energy | A | Int./Div. | J | T | | | | | |
| 73. Norfolk Southern | A | Int./Div. | J | T | | | | | |
| 74. Plum Cr Timber | A | Int./Div. | J | T | | | | | |
| 75. Germany Index Fd | A | Int./Div. | J | T | | | | | |
| 76. Japan Index Fd | A | Int./Div. | J | T | | | | | |
| 77. Daktronics | A | Int./Div. | | | Sold | 11/20/13 | J | A | |
| 78. Waste Mgmt | A | Int./Div. | J | T | | | | | |
| 79. RBC Bearing | A | Int./Div. | J | T | | | | | |
| 80. Chas. Schwab Muni Money Fund | B | Int./Div. | L | T | | | | | |
| 81. Schwab Sm Cap Index Fd | A | Int./Div. | J | T | | | | | |
| 82. Berkshire Hathaway CL B | A | Int./Div. | J | T | | | | | |
| 83. Coca Cola | A | Int./Div. | J | T | | | | | |
| 84. Abbott Labs | A | Int./Div. | J | T | | | | | |
| 85. Conoco Phillips 66 | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Costco Whsle Corp | | None | J | T | | | | | |
| 87. Cenovus Energy Inc | A | Int./Div. | J | T | | | | | |
| 88. Emerson Elec | A | Int./Div. | J | T | | | | | |
| 89. GE | A | Int./Div. | J | T | | | | | |
| 90. Hewlett Packard | A | Int./Div. | J | T | | | | | |
| 91. Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 92. Kimberly-Clark | A | Int./Div. | J | T | | | | | |
| 93. Microsoft | A | Int./Div. | J | T | | | | | |
| 94. Paccar | A | Int./Div. | J | T | | | | | |
| 95. Pepsico | A | Int./Div. | J | T | | | | | |
| 96. Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 97. Royal Dutch Shell ADR | A | Int./Div. | J | T | | | | | |
| 98. Schlumberger LTD | A | Int./Div. | J | T | | | | | |
| 99. ABB Ltd ADR | A | Int./Div. | J | T | | | | | |
| 100. UPS | A | Int./Div. | J | T | | | | | |
| 101. Walgreen Co. | A | Int./Div. | J | T | | | | | |
| 102. Washington Federal Inc | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Scwab Int'l Index Fund | A | Int./Div. | J | T | | | | | |
| 104. Canon | A | Int./Div. | J | T | | | | | |
| 105. Cisco | A | Int./Div. | J | T | | | | | |
| 106. EMC COrp | A | Int./Div. | J | T | | | | | |
| 107. Exxon-Mobil | A | Int./Div. | J | T | | | | | |
| 108. GlaxoSmithKline | A | Int./Div. | J | T | | | | | |
| 109. Intel | A | Int./Div. | J | T | | | | | |
| 110. Novo Nordisk | A | Int./Div. | J | T | | | | | |
| 111. Statoil ASA ADR | A | Int./Div. | J | T | | | | | |
| 112. Stryker | A | Int./Div. | J | T | | | | | |
| 113. Ishares MSCI Aust IDX Fd | A | Int./Div. | J | T | | | | | |
| 114. 3M | A | Int./Div. | J | T | | | | | |
| 115. ISHARES Switzerland Index Fund | A | Int./Div. | J | T | | | | | |
| 116. Harris Corp | A | Int./Div. | J | T | | | | | |
| 117. Chevron | A | Int./Div. | J | T | | | | | |
| 118. Cons Edison | A | Int./Div. | J | T | | | | | |
| 119. Auto Data Processing | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. United Tech | A | Int./Div. | J | T | | | | | |
| 121. MATTEL INC | A | Int./Div. | J | T | Buy | 03/12/13 | J | | |
| 122. Starbucks | A | Int./Div. | J | T | | | | | |
| 123. Encana Corp | A | Int./Div. | J | T | | | | | |
| 124. The Southern Co | A | Int./Div. | J | T | | | | | |
| 125. Total SA ADR F | A | Int./Div. | J | T | | | | | |
| 126. Medtronic | A | Int./Div. | J | T | | | | | |
| 127. Occidental Pete | A | Int./Div. | J | T | | | | | |
| 128. Deere & Co | A | Int./Div. | J | T | | | | | |
| 129. Ishares NASDAQ Bio Fd | A | Int./Div. | J | T | | | | | |
| 130. Danaher Corp | A | Int./Div. | J | T | | | | | |
| 131. Schwab 1000 Index Fd | A | Int./Div. | J | T | | | | | |
| 132. Apple Inc | A | Int./Div. | J | T | | | | | |
| 133. Air Prod. & Chem. Inc | A | Int./Div. | J | T | | | | | |
| 134. Allergan Inc | A | Int./Div. | J | T | | | | | |
| 135. BP PLC ADR F | A | Int./Div. | J | T | | | | | |
| 136. Brokerage Acct#2, next 20 items | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment              T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Cubesmart | A | Int./Div. | J | T | | | | | |
| 138.  WESTAR ENERGY | A | Int./Div. | J | T | Buy | 06/23/13 | J | | |
| 139.  Kimberly Clark | A | Int./Div. | J | T | | | | | |
| 140.  Astrazeneca PLC | A | Int./Div. | J | T | | | | | |
| 141.  Automatic Data Proc | A | Int./Div. | J | T | | | | | |
| 142.  Bank of Am | A | Int./Div. | J | T | | | | | |
| 143.  Pacific Corp | A | Int./Div. | J | T | | | | | |
| 144.  Bellsouth/AT&T | B | Int./Div. | L | T | | | | | |
| 145.  Merrill Lynch Bank USA | B | Int./Div. | M | T | | | | | |
| 146.  Citigroup Inc | C | Int./Div. | L | T | | | | | |
| 147.  Coca Cola | A | Int./Div. | K | T | | | | | |
| 148.  GE | B | Int./Div. | K | T | | | | | |
| 149.  Johnson & Johnson | B | Int./Div. | L | T | | | | | |
| 150.  Microsoft | B | Int./Div. | M | T | | | | | |
| 151.  PACCAR | A | Int./Div. | J | T | | | | | |
| 152.  Schlumberger LTD | A | Int./Div. | L | T | | | | | |
| 153.  Vodaphone Gr PLC | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. HCP | A | Int./Div. | J | T | | | | | |
| 155. Realty Incm Fund | A | Int./Div. | J | T | | | | | |
| 156. Exxon Mobil | A | Int./Div. | J | T | Buy | 06/24/13 | J | | |
| 157. Seaspan | A | Int./Div. | J | T | | | | | |
| 158. U-Store It | A | Int./Div. | | | Sold | 06/24/13 | J | A | |
| 159. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 160. IRA @ Merrill Lynch next 3 items: | | | | | | | | | |
| 161. Standard & Poor Dep Rec | A | Int./Div. | L | T | | | | | |
| 162. ML Bank USA RASP | A | Int./Div. | J | T | | | | | |
| 163. Washington Trust Bank | D | Int./Div. | M | T | | | | | |
| 164. 100% Interest in fixed assets of Brett, Murphy et al | | None | K | W | | | | | |
| 165. Peoples Bank MM Acct | B | Int./Div. | M | T | | | | | |
| 166. Peoples Bank 4 Accounts | A | Int./Div. | L | T | | | | | |
| 167. Business Condo ▓▓▓▓ Wa Whatcom County | E | Rent | M | W | | | | | |
| 168. Vanguard Fds S&P 500 | A | Int./Div. | M | T | | | | | |
| 169. LPL Defined Benefit Plan S&P 500 | C | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 04/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Unless otherwise indicated, all stock listings in Part VII are common stocks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Dean R. Brett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544